| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Ronald I. LeVine<br>210 River Street<br>Suite 11<br>Hackensack NJ 07601<br><br>In Re:<br>Louie Bautista | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>MAY 22 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____ DEPUTY<br><br>Case No.: 18-10163SLM<br>Chapter: 13<br>Judge: Hon. Meisel |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

5-22-18    _[signature]_

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 23, 2018__ :

Property: 316 Congress Street, Saddle Brook NJ 07663

Creditor: Roundpoint

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __August 1, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*