UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

Louie I. Bautista

**FILED**
JEANNE A. NAUGHTON, CLERK
JUN 11 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 18-10163~~NLW~~ RG

Chapter: 13

Judge: ~~Hon. Winfield~~ RG

## ORDER AUTHORIZING RETENTION OF

Monica Stevens

The relief set forth on the following page is **ORDERED**.

6-11-18

/s/ Rosemary Gambardella
USBJ

Upon the applicant's request for authorization to retain _____Monica Stevens_____

as _____realtor for the debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Keller Williams Village Square
   257 E. Ridgewood Ave.
   Ridgewood, NJ 07450

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*