Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–10163–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louie I. Bautista
   316 Congress Street
   Saddle Brook, NJ 07663

Social Security No.:
   xxx–xx–9598

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 10:30 AM

to consider and act upon the following:

**39** – Objection to Application for Retention of Professional (related document:38 Application For Retention of Professional The Law Office of Ronald I. LeVine as Short Sale Attorney Filed by Ronald I. LeVine on behalf of Louie I. Bautista. Objection deadline is 8/10/2018. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Louie I. Bautista) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 8/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court