UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

Louie I. Bautista

FILED
JEANNE A. NAUGHTON, CLERK
SEP - 5 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 18-10163RG
Chapter: 13
Judge: Hon. Gambardella

## ORDER AUTHORIZING RETENTION OF

The Law Office of Ronald I. LeVine

The relief set forth on the following page is **ORDERED**.

_____
USBJ

9-5-18

Upon the applicant's request for authorization to retain ___Law Office of Ronald I. LeVine___ as ___short sale attorney___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 210 River Street
   Suite 11
   Hackensack NJ 07601

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev. 8/1/15