DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

LOUIE I. BAUTISTA

FILED
JEANNE A. NAUGHTON, CLERK

SEP - 5 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

case No.: 18-10163RG

Chapter: 13

Judge: Gambardella

Recommended Local Form        Followed        X Modified

**ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY AND**

**WAIVER OF 14 DAY STAY PERIOD**

The relief set forth on the following page is hereby ORDERED.

9-5-18

Upon the Debtor's motion for authorization to sell the real property commonally known as 316 CONGRESS STREET, SADDLE BROOK, NJ, NJ (the Real Property),

IT IS hereby ORDERED as follows:

1. The debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. "363(b) and 1303.

2.  The net proceeds must be used to satisfy the liens on the Real Property.

3.  Pursuant to LBR 6004-1 (b) the Notice of Motion included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professional may be paid at closing;

4.  Other closing fees as allowed by the short sale approval letter dated August 13, 2018 payable by the debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $3,000 set by the Lender for the Seller's/Debtor's moving expense may be paid to Seller at closing. There will be no other net proceeds from this short sale.

6.  Other provisions: The 14 day stay under Rule 6004(h) is herby waived.

7.  A copy of the HUD settlement statement shall be forwarded to the Standing Trustee five days after closing.