DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP - 5 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

LOUIE I. BAUTISTA

case No.: 18-10163RG

Chapter: 13

Judge: Gambardella

Recommended Local Form        Followed        X Modified

**ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY AND**

**WAIVER OF 14 DAY STAY PERIOD**

The relief set forth on the following page is hereby ORDERED.

9-5-18    _____

Upon the Debtor's motion for authorization to sell the real property commonally known as 316 CONGRESS STREET, SADDLE BROOK, NJ, NJ (the Real Property),

IT IS hereby ORDERED as follows:

1. The debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. "363(b) and 1303.

2. The net proceeds must be used to satisfy the liens on the Real Property.

3. Pursuant to LBR 6004-1 (b) the Notice of Motion included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professional may be paid at closing;

4. Other closing fees as allowed by the short sale approval letter dated August 13, 2018 payable by the debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $3,000 set by the Lender for the Seller's/Debtor's moving expense may be paid to Seller at closing. There will be no other net proceeds from this short sale.

6. Other provisions: The 14 day stay under Rule 6004(h) is herby waived.

7. A copy of the HUD settlement statement shall be forwarded to the Standing Trustee five days after closing.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 18-10163-RG
Louie I. Bautista                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 05, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Louie I. Bautista,    316 Congress Street,    Saddle Brook, NJ 07663-4610
aty            +Ronald I. Levine,    210 River Street,    Suite 11,   Hackensack, NJ 07601-7504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              Ronald I. LeVine    on behalf of Debtor Louie I. Bautista ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5