UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

Louie I Bautista
　　　　　Debtor

FILED
JEANNE A. NAUGHTON, CLERK
OCT 18 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No. 18-10163RG

Chapter 13

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

10-18-18

(Page 2)
Debtor: Louie I. Bautista
    Case No. 18-10163RG
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1470.00 for services rendered and expenses in the amount of $40.00 for a total of $1510.00. However, Debtor's Counsel will accept the present balance held by the Chapter 13 Trustee as payment in full. The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- outside the plan.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.