UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

Louie I Bautista
        Debtor

FILED
JEANNE A. NAUGHTON, CLERK
OCT 18 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No. 18-10163RG

Chapter 13

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

10-18-18

(Page 2)
Debtor: Louie I. Bautista
    Case No. 18-10163RG
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1470.00 for services rendered and expenses in the amount of $40.00 for a total of $1510.00. However, Debtor's Counsel will accept the present balance held by the Chapter 13 Trustee as payment in full. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
-   outside the plan.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:  
Louie I. Bautista  
      Debtor

Case No. 18-10163-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                  Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
```
db          #+Louie I. Bautista,    316 Congress Street,   Saddle Brook, NJ 07663-4610
aty          +Ronald I. Levine,   210 River Street,    Suite 11,   Hackensack, NJ 07601-7504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           rsolarz@kmllawgroup.com
          Ronald I. LeVine    on behalf of Debtor Louie I. Bautista ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                             TOTAL: 5